IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MARK T. VERNON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-11-812-C |
| | ) | |
| BRIAN SLABOSKY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

  This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Bana Roberts consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Roberts entered a Report and Recommendation on August 15, 2011, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

  Shortly after the filing of the Report and Recommendation, and almost certainly before Petitioner had received notice of it, he filed a number of pleadings directed to Judge Roberts: "A Writ of Habeas Corpus" (Dkt. No. 8), "A Motion for a Emergency Preliminary Injunction" (Dkt. No. 9), "Response to Order to Show Cause" (Dkt. No. 10),"Evidence of Perjury by State of Oklahoma Officials" (Dkt. No. 11), "Evidence" (Dkt. No. 12), "A Motion to Suppress Any and All Testimony and Evidence Involving O.S.B.I Detective Steve Neuman" (Dkt. No. 13), "Right to Object" (Dkt. No. 15), "Notice of Right to Object" (Dkt.

No. 16), and two additional submissions not captioned (Dkt. Nos. 17 & 19). The Court will treat the "Right to Object" and "Notice of Right to Object" as timely-filed Objections to the Report and Recommendation, but none of the pleadings filed by Petitioner or the facts set out therein act as legal authority to ignore the long-established requirement of exhaustion of state remedies. Thus, he has failed to submit any argument of fact or law which would justify the early consideration of a writ of habeas corpus.

Accordingly, the Report and Recommendation is adopted, in its entirety, and the writ of habeas corpus is dismissed, without prejudice. All pending motions are denied, as the Court is without jurisdiction to consider them.

IT IS SO ORDERED this 16th day of September, 2011.

ROBIN J. CAUTHRON
United States District Judge